IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARY J. ROSS**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:09-CV-1345-L** |
| | § | |
| **JUDGE ERNEST WHITE,** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the court are the Findings and Recommendation of the United States Magistrate Judge, filed October 1, 2009. No objections were filed.

This is a *pro se* civil action. The magistrate judge determined that the action should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2) because Defendant Judge Ernest White has absolute judicial immunity.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **dismisses** this action **with prejudice**.

**It is so ordered** this 26th day of October, 2009.

                                                                      Sam A. Lindsay
                                                                       United States District Judge